**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**AT MOBILE**

| | |
|---|---|
| MARK D. RYAN, as Personal Representative of the estate of BEVERLY S. JUZAN,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T SERVICES, INC. d/b/a AT&T BENEFITS CENTER,<br><br>Defendant. | CASE NO.: 1:18-cv-00315-JB-MU |

**<u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>**

Defendant AT&T Services, Inc.[1], through counsel, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of the S.D. Ala. Civ. LR 7.1:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

■ The following entities and their relationship to the party are hereby reported:

[1] AT&T Services, Inc. does not do business as the AT&T Benefits Center, which is operated by a third-party vendor for the Plan.

AT&T Services, Inc. is the Plan Administrator of the AT&T Umbrella Benefit Plan No. 1, an employee welfare benefit plan regulated by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq*. ("ERISA"). It is an affiliate of AT&T Inc., a publicly traded company.

This 29th day of October, 2018.

*s/ Jaime W. Betbeze*
Jaime W. Betbeze
Maynard Cooper & Gale PC
11 NorthWater St.
RSA Tower, Suite 24290
Mobile, AL 36602
E-Mail: jbetbeze@maynardcooper.com

-and-

Stephanie H. Mays
Maynard Cooper & Gale PC
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203
Telephone: (205) 254-1000
E-mail: smays@maynardcooper.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2018, I electronically filed the foregoing Defendant's Corporate Disclosure Statement with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to:

Samuel K. Wilkes
Ryan & Wilkes, P.C.
P. O. Box 528
Orange Beach, AL 36561
swilkes@mryanlaw.com

Mark D. Ryan
Ryan & Wilkes, P.C.
P. O. Box 1000
Bay Minette, AL 36507
mdr@mryanlaw.com

*s/ Jaime W. Betbeze*
Jaime W. Betbeze

ATTORNEY FOR DEFENDANT